IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                vs.               :          CRIMINAL NO. 14-412-02

BRIAN REYNOLDS
                                  :

### JUDGMENT OF ACQUITTAL/NOT GUILTY

        **AND NOW**, this **14th** day of **May, 2015,** came the attorney for
the Government and the defendant being present with counsel, and

[]      The Court having granted the defendant's motion for judgment
        of acquittal as to:

[]      A jury has been waived, and the Court has found the defendant
        not guilty as to:

[X]     The jury has returned its verdict, finding the defendant not
        guilty as to: Counts 1,5,6,7,8,9,10,14 & 24.

        **AND IT IS THEREFORE ORDERED** that Judgment in accordance with
the above finding is hereby entered pursuant to Rule 32(k)(1),
Federal Rules of Criminal Procedure.


                              BY THE COURT:


                               s/ Eduardo C. Robreno
                              Eduardo C. Robreno




cc:  U.S. Marshal
     Probation Office
     T. Wzorek, AUSA
     M. McCartney, AUSA
     J. McMahon, Esq.

   5/14/15            RV
   Date           By Whom